RECEIVED
LAKE CHARLES, LA.

21 2012

TONY R. ___, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| TERRY RANDAL COX<br>FED. REG. # 08813-081 | CIVIL ACTION NO. 12-999<br>SECTION P |
| VS. | JUDGE MINALDI |
| WARDEN, OAKDALE | MAGISTRATE JUDGE KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation [Doc. 8] of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

**ORDERED** that the petition for *habeas corpus* filed pursuant to 28 U.S.C. §2241 be **DISMISSED WITHOUT PREJUDICE** as moot.

Lake Charles, Louisiana, on this _20_ day of _December_, 2012.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE